AO 458 (Rev. 10/95) Appearance

UNITED STATES DISTRICT COURT

RECEIVED

FEB 0 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| THIRD | DISTRICT OF | ALASKA |

**APPEARANCE**

3:06-CV-00025 TMB

Case Number: A06-____ (____) CV

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

David Sturdevant

I certify that I am admitted to practice in this court.

1-31-06
Date

_[signature]_
Signature

Elliott T. Dennis          7610087
Print Name          Bar Number

1503 West 31st Avenue, Suite 201
Address

| Anchorage | AK | 99503 |
| City | State | Zip Code |

(907) 929-4890       (907) 929-4891
Phone Number       Fax Number