Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890

Attorneys for David Sturdevant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID STURDEVANT, )
)
)
)
Plaintiff, )
)
v. )
)
LaBRISA, INC. )
)
Defendant. )
_____) Case No. 3:06-CV-00025-TMB

**RULE 4(l) PROOF OF SERVICE**

STATE OF ALASKA )
)ss.
THIRD JUDICIAL DISTRICT )

Marsha K. Fowler, of the Law Offices of ELLIOTT T. DENNIS, being duly sworn, states as follows:

1)   This affidavit is filed in compliance with the requirements of Federal Rule of Civil Procedure 4(l).

2)   On February 6, 2006, Max Hulse, registered agent for the defendant, LaBrisa, Inc., was served with a copy of the summons and complaint, by certified mail, restricted delivery. The attached copy of the executed return receipt is evidence of this service.

3) All defendants in this action have now been served with summons and complaint.

DATED this 7th day of February, 2006.

_____
MARSHA K. FOWLER

SUBSCRIBED and SWORN to before me this 7TH day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1-15-10

**RULE 4(l) PROOF OF SERVICE**
Page 2
Proof Service (Sturdevant v. LaBrisa, Inc. - Case No. 3:06 CV-00025-TMB)