| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Max C Hulse   C. Date of Delivery: 2-6-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Max Hulse<br>Registered Agent for<br>LaBrisa, Inc.<br>PO Box 770881<br>Eagle River, AK 99577 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. 7004 1160 0001 3616 2002 | |
| PS Form 3811, February 2004   Domestic Return Receipt | RECEIVED FEB 0 7 200 |

EXHIBIT __A__ PAGE __1__ OF __1__