Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955
tom.matthews@matthewszahare.com

Counsel for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT,   )<br>                                           )<br>          Plaintiff,         )<br>                                           )<br>     vs.                            )<br>                                           )<br>LaBRISA, INC.,              )<br>                                           )<br>          Defendant.     )<br>_____) | Case No. 3:06-CV-00025 (TMB) |

## ENTRY OF APPEARANCE

Matthews & Zahare, P.C., enters its appearance on behalf of Defendant LaBrisa, Inc., and requests that copies of all correspondence and pleadings, excluding service of process, be directed to it at 431 West Seventh Avenue, Suite 207, Anchorage, Alaska 99501.

Dated this 15th day of February 2006, at Anchorage, AK 99501

                        MATTHEWS & ZAHARE, P.C.
                        Counsel for Defendant LaBrisa, Inc.

                        By s/Thomas A. Matthews_____

>Thomas A. Matthews, ABN:  8511179
>Matthews & Zahare, P.C.
>431 W. 7th Ave., Suite 207
>Anchorage, Alaska  99501
>Phone: (907)276-1516
>Fax:   (907)276-8955
>tom.matthews@matthewszahare.com

Certificate of Service

I certify that on this 15th day of February 2006, I caused to be served by electronic mailing the foregoing document to the following:

Elliott T. Dennis, Esq.
Law Offices of Elliott T. Dennis
1503 West 31st Ave., Suite 201
Anchorage, AK 99503


s/Thomas A. Matthews
Thomas A. Matthews