Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LaBRISA, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:06-CV-00025 (TMB) |

**MOTION FOR NON-RESIDENT
ATTORNEY TO PARTICIPATE**

I hereby apply for permission to appear and participate as counsel for

LaBrisa, Inc., Defendant in the above-entitled cause, pursuant to Rule 83.1(d) of the

Local Rules of the United States District Court, District of Alaska.

I am known only as Larry E. Altenbrun and my office address is 816 Second Avenue, Suite 300, Seattle, WA 98104. My residence address is 23912 137th Avenue SE, Kent, WA 98042. I was admitted to practice law in 2001 in the State of Washington, the Western District of Washington and the United States Patent and Trademark Office. I am not subject to any pending disciplinary action in any jurisdiction in which I am admitted. I have read the local rules of this court.

I hereby designate Thomas Matthews of Matthews & Zahare, 431 West 7th Avenue, Suite 207, Anchorage, Alaska 99501 (phone: 907-276-1516), a member of the bar of this Court who maintains an office at the place within the District, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

Attached hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of the State of Washington, said Court being the highest court of the state or district in which I have been admitted to practice. Also attached as Exhibit B is a copy of my check for payment of the applicable fees.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED this 3rd day of March 2006.

            NICOLL BLACK MISENTI & FEIG PLLC
            Attorneys for Defendant LaBrisa, Inc.

            By: s/Larry E. Altenbrun (Consent)
                Nicoll Black Misenti & Feig PLLC
                816 Second Avenue, Suite 300
                Seattle WA 98104
                Tel:  206-838-7555
                Fax:  206-838-7515
                Email:  laltenbrun@nicollblack.com

I hereby consent to the granting of the foregoing application.

Dated this 3rd day of March 2006, at Anchorage, AK 99501

            MATTHEWS & ZAHARE, P.C.
            Attorneys for Defendant LaBrisa, Inc.

            By s/Thomas A. Matthews
                Thomas A. Matthews, ABN:  8511179
                Matthews & Zahare, P.C.
                431 W. 7th Ave., Suite 207
                Anchorage, Alaska  99501
                Phone: (907)276-1516
                Fax:   (907)276-8955
                tom.matthews@matthewszahare.com

### ORDER

The foregoing application is hereby granted this ____ day of _____, 2006, at Anchorage, Alaska.

            _____
            Timothy M. Burgess
            United States District Court Judge

Motion for Non-Resident Attorney to Participate
*Sturdevant v. LaBRISA, Inc.* Case No 3:06-CV-00025 (TMB)
TAM:jlw\6710-1\MtnNonResidentAttorney                Page 3

<u>Certificate of Service</u>

I certify that on this 3rd day of March 2006, I caused to be served by electronic mailing the foregoing document to the following:

Elliott T. Dennis, Esq.
Law Offices of Elliott T. Dennis
1503 West 31st Ave., Suite 201
Anchorage, AK 99503


<u>s/Thomas A. Matthews</u>
Thomas A. Matthews