**THE COMMERCE BANK OF WASHINGTON**
601 Union Street, Suite 3600, Seattle, WA 98101
(206) 292-3900

2158

19-801/1250

**NICOLL BLACK MISENTI & FEIG PLLC**
816 SECOND AVENUE SUITE 300
SEATTLE, WA 98104

3/2/2006

PAY TO THE ORDER OF ___United States District Court of Alaska___   $ **150.00

One Hundred Fifty and 00/100******************************************************************  DOLLARS

United States District Court of Alaska

MEMO ___Pro hac vice admission, Larry Altenbrun___
3:06-CV-00025 (TMB)

EXHIBIT B
Page 1 of 1