```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

        #  00127752  -  PS
          March 3, 2006

  Code    Case #    Qty      Amount

  6855XX-N  06-25                150.00 CK


  TOTAL→                        150.00


FROM: NICOLL BLACK MISENTI & FEIG
      NON RESIDENT ATTY TO
      PARTICIPATE
      3:06-CV-00025 TMB
```