Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LaBRISA, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:06-CV-00025 (TMB) |

**NOTICE OF FILING PROPOSED ORDER**

Defendant LaBrisa, Inc., through counsel, Matthews & Zahare, P.C., hereby submit its Proposed Order in support of Defendant's Motion For Non-Resident Attorney To Participate, electronically filed with the United States District Court (Document 8-1), on March 3, 2006.

Dated this 6th day of March 2006, at Anchorage, AK 99501

        MATTHEWS & ZAHARE, P.C.
        Counsel for Defendant LaBrisa, Inc.


By s/Thomas A. Matthews_____
Thomas A. Matthews, ABN:  8511179
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955
tom.matthews@matthewszahare.com


Certificate of Service

I certify that on this 6th day of March 2006, I
caused to be served by electronic mailing
the foregoing document to the following:

Elliott T. Dennis, Esq.
Law Offices of Elliott T. Dennis
1503 West 31st Ave., Suite 201
Anchorage, AK 99503
Counsel for Plaintiff

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Defendant


s/Thomas A. Matthews_____
Thomas A. Matthews