Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DAVID STURDEVANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-CV-00025 (TMB) |
| | ) | |
| LaBRISA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER [PROPOSED]**

Defendant LaBrisa, Inc., through counsel, Matthews & Zahare, P.C., having

moved the Court for participation of non-resident attorney, Larry E. Altenbrun, of

Nicoll Black Misenti & Feig PLLC in Seattle, Washington, to appear and participate

on behalf of Defendant, with the consent of local counsel Thomas A. Matthews of

Matthews & Zahare, P.C.,

IT HEREBY ORDERED that the application is hereby **GRANTED.**

Dated this _____ day of March 2006, at Anchorage, AK 99501


_____
Timothy M. Burgess
United States District Court Judge