Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT,           )<br>                             )<br>       Plaintiff,           )<br>                             )<br>   vs.                       )<br>                             )<br>LaBRISA, INC.,               )<br>                             )<br>       Defendant.           )<br>_____) | Case No. 3:06-CV-00025 (TMB) |

**SCHEDULING AND PLANNING
CONFERENCE REPORT**

**1**. **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held by exchange of faxes, e-mails, and telephone on March 14, 2006:

     Elliott T. Dennis, attorney for plaintiff David Sturdevant

     Thomas A. Matthews, attorney for defendant LaBrisa, Inc.

     Larry Altenbrun, attorney for defendant LaBrisa, Inc.

The parties recommend the following:

**2. Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

■ will be exchanged by the parties by **March 31, 2006**

Proposed changes to disclosure requirements:

Preliminary witness lists

☐ have been exchanged by the parties

■ will be exchanged by the parties by **May 15, 2006.**

**3**.  **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

1. **Whether Plaintiff's injuries were caused by an unseaworthy condition that existed on the LABRISA or by a negligent act or omission of the defendant.**
2. **Whether Plaintiff's injuries were caused by his work aboard the LABRISA**
3. **The extent of the damages suffered by Plaintiff**
4. **Whether the defendant was negligent in operation of the LABRISA and management of the crew, including plaintiff.**
5. **Whether the plaintiff's negligence caused or contributed to his injuries.**
6. **Whether the plaintiff properly mitigated his damages.**
7. **Whether the plaintiff's injuries, in whole or in part, pre-existed his employment with defendant.**
8. **Whether the plaintiff's injuries, in whole or in part, occurred subsequent to plaintiff's employment with defendant.**
9. **Whether the plaintiff fully disclosed all material medical facts to defendant prior to his employment.**

**4**. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

**Liability and damages**

B. All discovery commenced in time to be completed by **December 1, 2006** ("discovery close date").

C.  Limitations on Discovery.

(1)  Interrogatories

■ No change from F.R.Civ.P. 33(a).  Maximum number of _____ by each party to any other party.  Responses due in 30 days.

(2) Requests for Admissions.

■ No change from F.R.Civ.P. 30(a).  Maximum number of _____ by each party.  Responses due in 30 days.

(3) Depositions.

■ No change from F.R.Civ.P. 30(a), (d).

Maximum of _____ depositions by each party.  Depositions not to e exceed _____ hours unless agreed to by all parties.

D.  Reports from retained experts.

■ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

■ Reports due as follows:

1. **Plaintiff's disclosure of expert names and areas of expertise – 105 days before discovery closes.**
2. **Defendant's disclosure of expert names and areas of expertise – 90 days before discovery closes.**
3. **Plaintiff's Rebuttal names/areas (limited to true rebuttal) – 75 days before discovery closes.**

E.  Supplementation of disclosures and discovery responses are to be made:

 Periodically at 60-day intervals from the entry of scheduling and planning order.

■ As new information is acquired, but not later than 60 days before the close of discovery.

F.  A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

■ 45 days prior to the close of discovery.

☐ Not later than _____.

5. **Pretrial Motions**
■ No change from D. Ak.LR 16.1(c).
The following changes to D.AK. LR 16.1(c).  [Check and complete all that apply].
☐ Motions to amend pleadings or add parties to be filed not later than _____.

Motions under the discovery rules must be filed not later than _____.

Motions in limine and dispositive motions must be filed not later than _____.

6. **Other Provisions**
   A.  ■ The parties do not request a conference with the court before the entry of the scheduling order.
   ☐ The parties request a scheduling conference with the court on the

following issues:

B.  Alternative Dispute Resolution (D.Ak. LR. 16.2)
☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.
■ **The parties will file a request by November 1, 2006, if court assistance is required.  The parties are also exploring private mediation options.**
C.  The parties
■ do consent to a trial before a magistrate judge
☐ do not consent to a trial before a magistrate judge
D.  Compliance with the Disclosure Requirements of F.R.Civ.P.7.1
☐ Complied
■ Compliance not required by any party.

7. **Trial**
   A.  The matter will be ready for trial:
   ■ 45 days after the discovery close date.
   ☐ not later than _____.
   B.  This matter is expected to take **6 days** to try.
   C.  Jury Demand
   ☐ Yes
   ■ No
   Right to a jury trial disputed?
   ■ Yes.
   ☐ No.

Dated this 21st day of March 2006, at Anchorage, AK 99501

        LAW OFFICES OF ELLIOTT T. DENNIS
        Counsel for Plaintiff


        By <u>s/Elliott T. Dennis (consent)</u>_____
        Elliott T. Dennis, ABA #7610087
        1503 West 31st Ave., Suite 201
        Anchorage, AK 99503
        Phone:  (907) 929-4890
        Fax:  (907) 929-4891
        elliott@attorneydennis.com

                    MATTHEWS & ZAHARE, P.C.
                    Counsel for Defendant LaBrisa, Inc.


By s/Thomas A. Matthews
Thomas A. Matthews, ABN: 8511179
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907)276-1516
Fax: (907)276-8955
tom.matthews@matthewszahare.com


Certificate of Service

I certify that on this 21st day of March 2006, I caused to be served by electronic mailing the foregoing document to the following:

Elliott T. Dennis, Esq.
Law Offices of Elliott T. Dennis
1503 West 31st Ave., Suite 201
Anchorage, AK 99503

Courtesy Copy by mail to:

    Larry E. Altenbrun, Esq.
    Nicoll Black Misenti & Feig PLLC
    816 Second Ave., Suite 300
    Seattle, WA 98104
    Co-Counsel for Defendant


s/Thomas A. Matthews
Thomas A. Matthews