Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT,        )<br>                          )<br>         Plaintiff,       )<br>                          )<br>    vs.                   )<br>                          )<br> LaBRISA, INC.,           )<br>                          )<br>         Defendant.       )<br> _____) | Case No. 3:06-CV-00025 (TMB) |

**JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER**

The parties, through undersigned counsel, jointly move the court to issue a revised Scheduling and Planning Order based upon the fact the Scheduling and Planning Report submitted by the parties contained certain typographical errors, and omissions.  In addition, it appears that at least one of the Court's established

deadlines is contrary to the parties' intent. An amended Scheduling and Planning Report is attached for the Court's review and consideration.

In summary, the parties have identified four problems areas which need to be addressed.

**1.   Jury Demand**

The boxes marked in the Scheduling and Planning Report were switched. The boxes should have correctly read "Jury Demand/No Dispute" but instead were submitted with the boxes marked "no jury/rights disputed." There is no dispute among the parties that Plaintiff timely requested a jury trial in this matter as part of his initial complaint.

**2.   Consent to Trial by Magistrate**

The parties did not intend to consent to trial by magistrate. The planning report inadvertently marked the wrong box. Nonetheless, the Court's Order correctly reflects the parties' intent.

**3.   Experts**

There is an inconsistency between the boxes that were marked. The parties agreed to a staggered series of deadlines for expert disclosures and reports. Unfortunately, the boxes that were marked in the report indicated both a staggered series of deadlines, and the 90 day standard deadline contained within the Court's Pre-Trial order. The parties intended to modify the Court's standard order to provide

for staggered disclosures.  Finally, the Report omitted the deadline intended by the parties for joint submission of expert reports sixty days before the close of discovery.

### 4.     Motions to Amend

The parties' planning report indicated that motions to amend or add parties should be submitted in accordance with Local Rule 16.1(c)(6) (60 days after issuance of the scheduling order).  The Court's Order indicates these motions should be submitted 30 days before the close of discovery.  The parties believe that waiting until near the close of discovery is too late for amendments to add parties, or amend the pleadings.  Consequently, the parties jointly request the Court amend its pretrial order to conform to the Local Rule.

Counsel for LaBrisa apologizes to the Court and other counsel for the shoddy draftsmanship and proofreading which went into the initial Scheduling and Planning Report.  The parties jointly request the Court enter a modified Scheduling and Planning Order based upon the Amended Scheduling and Planning Report.

Dated this 29th day of March 2006, at Anchorage, AK 99501

> LAW OFFICES OF ELLIOTT T. DENNIS
> Counsel for Plaintiff
>
> By s/Elliott T. Dennis (consent)
> Elliott T. Dennis, ABA #7610087
> 1503 West 31st Ave., Suite 201
> Anchorage, AK 99503
> Phone:  (907) 929-4890
> Fax:  (907) 929-4891
> elliott@attorneydennis.com

        MATTHEWS & ZAHARE, P.C.
Counsel for Defendant LaBrisa, Inc.


By <u>s/Thomas A. Matthews</u>
Thomas A. Matthews, ABN: 8511179
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907)276-1516
Fax:   (907)276-8955
tom.matthews@matthewszahare.com


<u>Certificate of Service</u>

I certify that on this 29th day of March 2006, I caused be served by electronic mailing the foregoing document to the following:

Elliott T. Dennis, Esq.
Law Offices of Elliott T. Dennis
1503 West 31st Ave., Suite 201
Anchorage, AK 99503
Counsel for Plaintiff

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Defendant


<u>s/Thomas A. Matthews</u>
Thomas A. Matthews