Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, )<br>                )<br>        Plaintiff, )<br>                )<br>    vs.         )<br>                )<br>LaBRISA, INC.,  )<br>                )<br>        Defendant. )<br>_____) | Case No. 3:06-CV-00025 (TMB) |

### ORDER [PROPOSED]

The parties, through counsel, having moved the Court for an amended Scheduling and Planning Order,

IT IS HEREBY ORDERED that the Amended Scheduling and Planning Order is approved as requested. An amended Scheduling and Planning Order will be issued shortly.

Dated this _____ day of April 2006, at Anchorage, AK 99501

_____
Timothy M. Burgess
United States District Court Judge