IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00025 (TMB) |
| ) | |
| LaBRISA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

The parties, through counsel, having moved the Court for an amended Scheduling and Planning Order,

IT IS HEREBY ORDERED that the Amended Scheduling and Planning Order is approved as requested. An amended Scheduling and Planning Order will be issued.

Dated this 31st day of March, 2006, at Anchorage, Alaska.

/s/ Timothy M. Burgess
Timothy M. Burgess
United States District Court Judge