Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890

Attorney for David Sturdevant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LaBRISA, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-CV-00025-TMB |

### *CONSENT FOR FILING FIRST AMENDED COMPLAINT*

Counsel for Defendant hereby consents to Plaintiff filing his First Amended Complaint. However, Defendant reserves all objections and defenses available under Federal Rules of Civil Procedure and established law.

DATED this 28th day of June, 2006.

NICOLL BLACK MISENTI & FEIG PLLC
Attorneys for Defendant

By:   s/Larry E. Altenbrun
Larry E. Altenbrun, Bar No. 31475 (WSBA)
Nicoll Black Misenti & Feig, PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone: (206)838-7555
Fax: (206)838-7515
laltenbrun@nicollblack.com

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 28th day of  June , 2006, a true and correct copy of the foregoing was electronically served on the following attorney:

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Ave, Suite 207
Anchorage, AK 99501

Larry E. Altenbrun, Esq.
Nicoll Black Misesnti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104

By:  s/Elliott T. Dennis

FIRST AMENDED COMPLAINT
Page 2
First Amended Complaint (Sturdevant v. Hulse et al -Case No. 3:06-CV-00025-TMB