Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, )<br>)<br>     Plaintiff, )<br>vs. )<br>)<br>LaBRISA, INC., )<br>)<br>     Defendant. )<br>_____) | Case No. 3:06-CV-00025 (TMB) |

**STIPULATION FOR EXTENSION OF TIME**

The parties, through counsel, stipulate and agree that Defendant may have until July 25, 2006 in which to answer or otherwise respond to Plaintiff's First Amended Complaint, dated June 28, 2006.

|  |  |
|---|---|
|  | LAW OFFICES OF ELLIOTT T. DENNIS<br>Counsel for Plaintiff |
| Dated 7/11/06 | By: */s/*Elliott T. Dennis (consent)_____<br>Elliott T. Dennis, Esq.<br>ABA # 7610087<br>1503 West 31st Ave., Suite 201<br>Anchorage, Alaska 99503<br>Phone: (907) 929-4890<br>Fax:  (907) 929-4891<br>Elliott@attorneydennis.com |
|  | MATTHEWS & ZAHARE, P.C.<br>Counsel for Defendant LaBrisa, Inc. |
| Dated 7/11/06 | By  /s/Thomas A. Matthews_____<br>Thomas A. Matthews, ABN:  8511179<br>Matthews & Zahare, P.C.<br>431 W. 7th Ave., Suite 207<br>Anchorage, Alaska  99501<br>Phone: (907)276-1516<br>Fax:   (907)276-8955<br>tom.matthews@matthewszahare.com |