Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:06-CV-00025 (TMB) |
| ) | |
| LaBRISA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**(PROPOSED) ORDER GRANTING
EXTENSION OF TIME**

The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

IT IS HEREBY ORDERED that Defendant may have until Tuesday, July 25, 2006 in which to file their answer or otherwise respond to Plaintiff's First Amended Complaint, dated June 28, 2006.

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID STURDEVANT,            )
                             )
        Plaintiff,           )
   vs.                       )   Case No. 3:06-CV-00025 (TMB)
                             )
LaBRISA, INC.,               )
                             )
        Defendant.           )
_____)

**(PROPOSED) ORDER GRANTING
EXTENSION OF TIME**

The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

IT IS HEREBY ORDERED that Defendant may have until Tuesday, July 25, 2006 in which to file their answer or otherwise respond to Plaintiff's First Amended Complaint, dated June 28, 2006.

Dated this _____ day of July 2006, at Anchorage, Alaska

                                                                  _____
                                                                  Timothy M. Burgess,
                                                                  United States District Court Judge

Certificate of Service

I certify that on this 11th day of July 2006, I
caused to be served by electronic mailing
the foregoing document to the following:

Elliott T. Dennis, Esq.
Law Offices of Elliott T. Dennis
1503 West 31st Ave., Suite 201
Anchorage, AK 99503


s/Thomas A. Matthews_____
Thomas A. Matthews