Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT,            )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br>LaBRISA, INC.,                )<br>                              )<br>         Defendant.           )<br>_____) | Case No. 3:06-CV-00025 (TMB) |

## NOTICE TO COURT OF SETTLEMENT

Defendant, through counsel, Matthews & Zahare, P.C., and Nicoll Black Misenti & Feig PLLC, hereby provide notice to the Court that the parties have agreed to settlement terms.  The parties are currently in the process of preparing the necessary documents.  The parties intend to file necessary closing papers within 30 days.  This Notice is being provided with the consent of counsel for Plaintiff.

Dated this 27th day of July 2006, at Anchorage, AK 99501

    MATTHEWS & ZAHARE, P.C.
    Counsel for Defendant LaBrisa, Inc.


By s/Thomas A. Matthews_____
    Thomas A. Matthews, ABN: 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, Alaska 99501
    Phone: (907)276-1516
    Fax:   (907)276-8955
    tom.matthews@matthewszahare.com

NICOLL BLACK MISENTI & FEIG PLLC
Counsel for Defendant LaBrisa, Inc.


By s/ Larry E. Altenbrun_____
    Larry E. Altenbrun, Esq.
    Nicoll Black Misenti & Feig PLLC
    816 Second Ave., Suite 300
    Seattle, WA 98104
    Phone: (206) 838-7555
    Fax: (206) 838-7515
    laltenbrun@nicollblack.com


<u>Certificate of Service</u>

I certify that on this 27th day of July 2006, I caused to be served by electronic mailing the foregoing document to the following:

Elliott T. Dennis, Esq.
Law Offices of Elliott T. Dennis
1503 West 31st Ave., Suite 201
Anchorage, AK 99503


s/Thomas A. Matthews_____
Thomas A. Matthews


Notice to Court of Settlement
*Sturdevant v. LaBRISA, Inc.* Case No 3:06-CV-00025 (TMB)
TAM:jlw\ 6710-1\NoticeSettlement    Page 2