Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

DAVID STURDEVANT,          )
                           )
            Plaintiff,     )
     vs.                   )        Case No. 3:06-CV-00025 (TMB)
                           )
LaBRISA, INC.,             )
                           )
            Defendant.     )
_____)

### STIPULATION FOR DISMISSAL

The parties, through undersigned counsel, stipulate that all claims asserted by

Plaintiff David Sturdevant against Defendant Labrisa, Inc. may be dismissed with

prejudice, each party to bear their own costs and attorney's fees.

Pursuant to Fed. R. Civ. P. 41, undersigned counsel certify that the information required under A.S. 09.68.130 will be submitted to the Alaska Judicial Council.

LAW OFFICES OF ELLIOTT T. DENNIS
Counsel for Plaintiff


Dated:  8/29/06                  By:  /s/Elliott T. Dennis (consent)_____
                                      Elliott T. Dennis, Esq.
                                      ABA # 7610087
                                      1503 West 31st Ave., Suite 201
                                      Anchorage, Alaska 99503
                                      Phone: (907) 929-4890
                                      Fax:  (907) 929-4891
                                      Elliott@attorneydennis.com

                                 MATTHEWS & ZAHARE, P.C.
                                 Counsel for Defendant LaBrisa, Inc.


Dated:  8/29/06                  By  /s/Thomas A. Matthews_____
                                 Thomas A. Matthews, ABN:  8511179
                                 Matthews & Zahare, P.C.
                                 431 W. 7th Ave., Suite 207
                                 Anchorage, Alaska  99501
                                 Phone: (907)276-1516
                                 Fax:   (907)276-8955
                                 tom.matthews@matthewszahare.com