Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955

Larry E. Altenbrun, Esq.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Phone:  (206) 838-7555
Fax: (206) 838-7515

Attorneys for Defendant LaBrisa, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID STURDEVANT, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> LaBRISA, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:06-CV-00025 (TMB) |

## ORDER [PROPOSED]

The parties, through counsel, having stipulated for dismissal with prejudice,

IT IS HEREBY ORDERED, the case is dismissed with prejudice, each party to

bear their own costs and attorney's fees.

Dated this \_\_\_\_\_ day of _____2006, at Anchorage, AK 99501

_____
Timothy M. Burgess
United States District Court Judge